**08CR 0177**
**MAGISTRATE JUDGE GERALDINE SOAT BROWN**
**JUDGE GOTTSCHALL**

| INN.- PROB 22 Rev. 05/04 | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 0755 2:06CR00092 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Janet Deloris Hodges | Northern District Of Indiana | Hammond |

NAME OF SENTENCING JUDGE: Honorable Philip P. Simon

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/22/2006 | TO 11/21/2009 |
|---|---|---|

OFFENSE
ACCESS DEVICE FRAUD
Title 18 USC 10921(a)(2)

RECEIVED JAN 2008 PROBATION OFFICE CHICAGO, ILLINOIS

FILED FEB 25 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1-10-08
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ~~INDIANA~~ ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 22 2008
Effective Date

United States District Judge