

MICHAEL W. DOBBINS

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

COPY

312-435-5698

February 27, 2008

Indiana Northern District Court
5400 Federal Plaza
Hammond, IN 46320

Dear Clerk:

Re:   US v Janet Deloris Hodges
      Our case number:  08 CR 177  - Northern District of Illinois    Your case number 06 CR 92

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Janet Deloris Hodges, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:   Laura Springer

Deputy Clerk

Enclosure

FILED
3-7-08
MAR - 7 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
### CRIMINAL DOCKET FOR CASE #: 2:06-cr-00092-PPS-PRC All Defendants
### Internal Use Only

Case title: United States of America v. Hodges

Date Filed: 05/19/2006
Date Terminated: 11/14/2006

Assigned to: Judge Philip P Simon
Referred to: Magistrate Judge Paul R Cherry

## Defendant (1)

**Janet Hodges**
TERMINATED: 11/14/2006

represented by **John Maksimovich**
1922 North Main Street
Crown Point, IN 46307
219-663-1900
Fax: 219-663-1908
Email: criminallaw@johnmaksimovich.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By: [signature]
DEPUTY CLERK
Date: 3/4/08

## Pending Counts

18:1092(a)(2)
PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE
(1)

## Disposition

Probation of 3 years. Special Assessment of $100.00. No fine. Restitution of $5,000 payable at the rate of $142.86 per month to Clerk, U.S. District Court, until paid in full.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**  **Disposition**

None

**Plaintiff**

**United States of America**  represented by  **Randall M Stewart - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5610
Fax: 219-852-2770
Email: Randall.Stewart@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2006 | 1 | SEALED INDICTMENT as to Janet Hodges (1) count(s) 1. (kjp, ) Unsealed indictment attached on 6/2/2006 (kjp, ). (Entered: 05/22/2006) |
| 05/19/2006 | 2 | Arrest Warrant Issued in case as to Janet Hodges. (kjp, ) (Entered: 05/22/2006) |
| 05/31/2006 |  | Arrest/Self-Surrender of Janet Hodges (smb) (Entered: 05/31/2006) |
| 05/31/2006 |  | Case unsealed as to Janet Hodges (smb) (Entered: 05/31/2006) |

| 05/31/2006 |  | Judge update in case as to Janet Hodges. Judge Paul R Cherry added. (smb) (Entered: 05/31/2006) |
|---|---|---|
| 05/31/2006 | 3 | Arrest Warrant Returned Executed on 5/31/06 in case as to Janet Hodges. (kjp, ) (Entered: 06/01/2006) |
| 05/31/2006 | 4 | INITIAL APPEARANCE as to Janet Hodges held on 5/31/2006 before Judge Paul R Cherry. Government appeared by AUSA R Stewart. Defendant appeared in person w/out cnsl. L Daniels, P Segroi appeared on behalf of U S Pretrial Services. Defend adv rights, charges, penalties. Defend rqst appt cnsl; inquiry made. Court finds Defend to be indigent and directs the Clerk to notify the Fed Commun Defender for appt of cnsl. Arraignment set for 6/9/2006 09:15 AM in Hammond before Magistrate Judge Paul R Cherry. Defend released on $20,000 Appearance Bond w/out pretrial supervision.(Tape #FTR.) (smb, ) (Entered: 06/02/2006) |
| 05/31/2006 | 5 | Appearance Bond Entered as to Janet Hodges in amount of $ 20,000 unsecured. (smb) (Entered: 06/02/2006) |
| 05/31/2006 | 6 | CJA 20 as to Janet Hodges: Appointment of Attorney John Maksimovich for Janet Hodges. By Judge Paul R Cherry on 5/31/06. (smb) (Entered: 06/06/2006) |
| 06/09/2006 | 7 | ARRAIGNMENT as to Janet Hodges (1) Count 1 held on 6/9/2006 before Judge Paul R Cherry. Government appeared by AUSA R Stewart. Defendant appeared in person and by attorney J Maksimovich. Defend waives formal reading; adv charges, penalties; enters NOT GUILTY plea. Pretrial Motions due by 7/10/2006. Plea agreement due by 7/31/06 to otherwise be extended only by request to the District Court in writing. Jury Trial set for 8/7/2006 08:30 AM in Hammond before Judge Philip P Simon. Final Pretrial Conference set for 7/31/2006 01:00 PM in Hammond before Magistrate Judge Paul R Cherry. Order Controlling Final PTC and Trial attached. Bond conditions remain intact.(Tape #FTR.) (smb) (Entered: 06/15/2006) |
| 07/26/2006 | 8 | NOTICE OF HEARING as to Janet Hodges: Change of Plea Hearing set for 8/7/2006 01:45 PM in Hammond before Judge Philip P Simon. (nac, ) (Entered: 07/26/2006) |
| 07/26/2006 | 9 | PLEA AGREEMENT as to Janet Hodges (Stewart, Randall) (Entered: 07/26/2006) |

| 07/27/2006 | 9 | NOTICE: Final Pretrial Conference set for 7/31/06 @1:00 pm before the Magistrate Judge is VACATED. By Judge Paul R Cherry on 7/27/06. (smb) (Entered: 07/27/2006) |
| --- | --- | --- |
| 07/28/2006 | 10 | NOTICE: the Jury Trial scheduled for 8/7/2006 is VACATED on the calendar of Judge Philip P. Simon. If the plea hearing does not proceed successfully a new trial date will be set. (nac, ) (Entered: 07/28/2006) |
| 07/28/2006 |  | Terminate Deadlines and Hearings as to Janet Hodges (jury trial of 8/7/06) (nac, ) (Entered: 07/28/2006) |
| 08/07/2006 | 11 | CHANGE OF PLEA HEARING as to Janet Hodges held on 8/7/2006 before Judge Philip P. Simon. Gov't by Randall Stewart, AUSA and SA William McKenna. Dft appears in person and by cnsl John Maksimovich. U.S. Probation Officer Janice Lawton is present in person. Dft advised of Constitutional rights, charges and penalties. Plea entered by Janet Hodges (1) Guilty as to Count 1. Court orders judgment of guilty entered upon the dft's plea of guilty to count 1 of the Indictment. Plea of guilty is accepted by the Court. Court reserves acceptance of plea agreement pending a review of the Presentence Investigation Report. Referred to U.S. Probation Office for PSI Report. Sentencing set for 11/7/2006 01:00 PM in Hammond before Judge Philip P Simon. (Court Reporter Sharon Boleck-Mroz.) (nac, ) (Entered: 08/07/2006) |
| 11/07/2006 | 12 | SENTENCING held on 11/7/2006 for Janet Hodges before Judge Philip P. Simon. Gov't present by Randall Stewart, AUSA. SS Agent William McKenna also present. M. Page, U.S. Probation Officer present. Dft in person by cnsl John Maksimovich. Court accepts plea agreement. Dft sentenced: Probation of 3 years. Special Assessment of $100.00. No fine. Restitution of $5,000 payable at the rate of $142.86 per month to Clerk, U.S. District Court, until paid in full. See J&C for list of victims and amounts. Dft advised of rights to an appeal. Cnsl reminded of duty to perfect appeal, should client wish. (Court Reporter Sharon Boleck-Mroz.) (nac, ) (Entered: 11/08/2006) |
| 11/14/2006 | 13 | JUDGMENT as to Janet Hodges. Signed by Judge Philip P Simon on 11/14/2006. (nac, ) (Entered: 11/14/2006) |
| 01/10/2008 | 14 | ORDER TO TRANSFER JURISDICTION as to Janet Hodges to the Northern District of Illinois. Signed by Judge Philip P. |

|  |  | Simon on 1/10/08 and awaiting signature of accepting court. (originals to USPO). Signed by Judge Philip P Simon on 1/10/08. (sda) (Entered: 01/15/2008) |
|---|---|---|
| 03/03/2008 | 15 | Probation Jurisdiction Transferred to Northern District of Illinois as to Janet Hodges. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (sda) (Entered: 03/04/2008) |

Case 2:06-cr-00092-PPS-PRC document 1 filed 05/19/2006 page 1 of 1

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

06 MAY 19 PM 3:37

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | CAUSE NO: |
| JANET HODGES | ) | 18 U.S.C. § 1029(a)(2) |

2:06CR92 PS

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

From on or about January 2004, through and including on or about April 2004, both dates being approximate and inclusive, in the Northern District of Indiana and elsewhere,

**JANET HODGES,**

defendant herein, did knowingly and with intent to defraud use one or more unauthorized access devices, specifically stolen account numbers, and by such conduct obtained gift certificates, United States Currency, goods, services and other things of value aggregating more than $1,000, said use affecting interstate commerce;

In violation of Title 18, United States Code, Section 1029(a)(2).

A TRUE BILL:

/s/ Foreperson
FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By: /s/ Randall M. Stewart
Randall M. Stewart
Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By: [signature]
DEPUTY CLERK
Date: 3/4/08

#1

case 2:06-cr-00092-PPS-PRC    document 13    filed 11/14/2006    page 1 of 5

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

NORTHERN District of INDIANA

UNITED STATES OF AMERICA
V.

JANET HODGES

**JUDGMENT IN A CRIMINAL CASE**

Case Number:    2:06 CR 92 PS

USM Number:    08803-027

John Maksimovich
Defendant's Attorney

**THE DEFENDANT:**

x pleaded guilty to count(s)    1

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:USC 1092(a)(2) | Access Device Fraud | 4/13/2004 | 1 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is    ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause
STEPHEN R. LUDWIG, CLERK
By: [signature]
    DEPUTY CLERK
Date: 3/4/08

November 7, 2006
Date of Imposition of Judgment

S/Philip P. Simon
Signature of Judge

Philip P. Simon, U.S. District Court Judge
Name and Title of Judge

November 9, 2006
Date

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
         Sheet 4—Probation

case 2:06-cr-00092-PPS-PRC   document 13   filed 11/14/2006   page 2 of 5

DEFENDANT: JANET HODGES
CASE NUMBER: 2:06 CR 92 PS

Judgment—Page __2__ of __5__

## PROBATION

The defendant is hereby sentenced to probation for a term of :   3 YEARS

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

- [X] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [X] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
- [ ] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.
2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4. The defendant shall support the defendant's dependents and meet other family responsibilities.
5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. The defendant shall notify the probation officer at least ten (10) days prior to any change of residence or employment.
7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician.
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court.
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10. The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

DEFENDANT: JANET HODGES
CASE NUMBER: 2:06 CR 92 PS

Judgment—Page 3 of 5

## ADDITIONAL PROBATION TERMS

The defendant shall pay any financial penalty that is imposed by this judgment.

The defendant shall provide the probation officer with access to any requested financial information.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

AO 245B　　(Rev. 06/05) Judgment in a Criminal Case case 2:06-cr-00092-PPS-PRC   document 13   filed 11/14/2006   page 4 of 5
　　　　　　Sheet 5 — Criminal Monetary Penalties

DEFENDANT:　　JANET HODGES　　　　　　　　　　　　　　　　　　　Judgment — Page __4__ of __5__
CASE NUMBER:　　2:06 CR 92 PS

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 100.00 | $ none | $ 5,000.00 |

☐　The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒　The defendant shall make restitution (including community restitution) payable to Clerk, U.S. District Court, 5400 Federal Plaza, Hammond, IN 46320 for the following payees in the amount listed below.

　　If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Citibank, South Dakota | $2,000.00 | $2,000.00 | |
| Commerce Bankshares | $1,000.00 | $1,000.00 | |
| Midwest United Credit Union | $1,000.00 | $1,000.00 | |
| Corning Federal Credit Union | $500.00 | $500.00 | |
| The Provident Bank | $500.00 | $500.00 | |
| **TOTALS** | $ $5,000.00 | $ $5,000.00 | |

☒　Restitution amount ordered pursuant to plea agreement　$ __$5,000.00__

☐　The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐　The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　　☐　the interest requirement is waived for the　☐ fine　☐ restitution.

　　☐　the interest requirement for the　☐ fine　☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 06/05) Judgment in a Criminal Case  
case 2:06-cr-00092-PPS-PRC   document 13   filed 11/14/2006   page 5 of 5  
Sheet 6 — Schedule of Payments

DEFENDANT:  JANET HODGES  
CASE NUMBER:  2:06 CR 92 PS

Judgment — Page  5  of  5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  X  Lump sum payment of $ __$5,100.00__ due immediately, balance due

   ☐ not later than _____ , or  
   ☐ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  X  Special instructions regarding the payment of criminal monetary penalties:

   Restitution shall be paid at a minimum rate of $142.86 per month until said amount is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.